**Order entered February 7, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01162-CV

### IN THE INTEREST OF O.E.S., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-13200-Z**

### ORDER

A document containing sensitive data may not be filed with a court unless the sensitive data is redacted. *See* TEX. R. APP. P. 9.9(b). Material constituting sensitive data is set forth in rule 9.9(a). *See id*. 9.9(a). The appendix to appellant's brief contains sensitive data. Accordingly, we **STRIKE** appellant's brief filed on December 30, 2022.

The Court has questioned its jurisdiction over this appeal and directed appellant to file, by February 16, 2023, a letter brief addressing the Court's concern. Should the Court determine it has jurisdiction over the appeal, it will notify the parties by letter and set a deadline for appellant to file a brief with all sensitive data redacted.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE